UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTAN RENEA JOHNSTON,

    Plaintiff,

v.                                Case No.:   2:21-cv-464-SPC-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**[1]

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment with Remand.  (Doc. 27).  A remand is proper based on the following:

> Upon remand, the Commissioner will offer Plaintiff a new hearing, take any other administration action deemed necessary, and issue a new decision.

(Doc. 27 at 1).  Plaintiff does not oppose the Motion.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing.  *See also Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991).  Given the parties' representations and agreement on the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

matter, the Court grants the Motion, reverses, and remands for further proceedings. *See Morgan v. Astrue*, No. 2:11-cv-615-FtM-29SPC, 2012 WL 695840, at *1 (M.D. Fla. Mar. 1, 2012).

Accordingly, it is now

**ORDERED:**

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 27) is **GRANTED**.

2. The decision denying benefits is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. Any application for fees, costs, or expenses must comply with the Court's Standing Order on Management of Social Security Cases, *In re Administrative Orders of the Chief Judge*, No. 3:21-mc-1-TJC, Doc. 43 (Dec. 7, 2021).

4. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny any pending motions as moot, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 18, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record